3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br>Telephone: 215-791-6957<br>Facsimile: 888-329-0305<br>andyperrong@gmail.com<br><br>Plaintiff,<br>vs.<br><br>Lednor Corporation d.b.a. Harry Helmet<br>1121 Benfield Blvd Ste S<br>Millersville, MD 21108-2642,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3452<br><br>FILED<br>AUG 24 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS:

COMES NOW Plaintiff ANDREW R. PERRONG and hereby files this Voluntary Dismissal against all Defendants in this action, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, as they have not filed an answer or motion for summary judgment. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE. Kindly close the case.

Dated: August 23, 2017

*signature*

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1